UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MUSTAPHA WESLEY,

    Defendant.

Case No. 3:24-cr-30

District Judge Michael J. Newman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 22); (2) TERMINATING AS MOOT THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA HEARING (Doc. No. 18); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 22), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The parties' joint motion to change plea (Doc. No. 18) is **TERMINATED AS MOOT**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, possession of a controlled substance, fentanyl with intent to distribute, in violation of 21 U.S.C. §§ 841 (a)(l) and 841 (b)(1)(C). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

October 10, 2024                            s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge