UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 3:24-cr-30

vs.

MUSTAPHA WESLEY,                District Judge Michael J. Newman

    Defendant.

---

**ORDER DIRECTING THE CLERK TO TERMINATE AS MOOT DEFENDANT'S MOTION TO WITHDRAW HIS GUILTY PLEA (Doc. No. 36)**

---

This criminal case is before the Court upon Defendant Mustapha Wesley's motion, filed through counsel, to withdraw his guilty plea (Doc. No. 36), and Defendant's notice of his intention to withdraw his motion to withdraw his guilty plea (Doc. No. 39).  In light of Defendant's notice, the Court **DIRECTS** the Clerk to **TERMINATE AS MOOT** Defendant's motion to withdraw his guilty plea.

    **IT IS SO ORDERED.**

<u>May 8, 2025</u>                                          s/*Michael J. Newman*
                                                                Hon. Michael J. Newman
                                                                United States District Judge